# United States Bankruptcy Court
## Middle District of Florida

In re **World Of Beer, Inc.**                                                  Case No.   **8:24-bk-04542**

Debtor(s)                                                         Chapter   **11**


## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)


Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **World Of Beer, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Avery Rest. Enterprises, LLC**
**16205 Sonsoles De Avila**
**Tampa, FL 33613**

**JP Beer Partners, LLC**
**4945 62nd Ave. S.**
**Saint Petersburg, FL 33715**

**Tampa Beer Partners, LLC**
**5025 W. Homer Ave.**
**Tampa, FL 33629**


☐ None [*Check if applicable*]


**August 16, 2024**                              **/s/ Steven M. Berman**
Date                                                   **Steven M. Berman**
                                                         Signature of Attorney or Litigant
                                                         Counsel for   **World Of Beer, Inc.**
                                                         **Shumaker, Loop & Kendrick, LLP**
                                                         **101 E. Kennedy Blvd., Suite 2800**
                                                         **Tampa, FL 33602**
                                                         **(813) 229-7600 Fax:(813) 229-1660**
                                                         **sberman@shumaker.com**